AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 10/20/2015 | IRA #1 Distribution | $25,705.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 10/20/2015 | IRA #2 DISTRIBUTION |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office | June 9-12, 2015 | Washington, D.C. | Attend bi-annual meeting of the Judicial Resources Committee | Transportation, lodging, meals |
| 2. | USDC - EDVA | July 6-10, 2015 | Alexandria, Virginia | Preside over trial | Transportation, lodging, meals |
| 3. | USDC - EDVA | July 12-13, 2015 | Alexandria, Virginia | Preside over trial | Transportation, lodging, meals |
| 4. | Administrative Office | December 8-10, 2015 | Miami, Florida | Attend bi-annual meeting of the Judicial Resources Committee | Transportation, lodging, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Int./Div. | O | T | | | | | |
| 2. --Abbey Cptl Futures Strategy | | | | | Buy | 07/24/15 | J | | |
| 3. --Alerian MLP ETF | | | | | Sold | 03/09/15 | K | | |
| 4. --AB Small Cap Grw Adv (Y) | | | | | | | | | |
| 5. --AQR Managed Futures Strategy | | | | | Buy | 05/26/15 | J | | |
| 6. | | | | | Sold | 07/24/15 | J | | |
| 7. -- Artisan Mid Cap Value Fund (Y) | | | | | | | | | |
| 8. --Aston Silvercrest Smll Cap | | | | | Buy | 05/26/15 | J | | |
| 9. -- Blackrock Equity Dividend Fund CL Institutional | | | | | Buy (add'l) | 04/17/15 | J | | |
| 10. | | | | | Sold (part) | 10/14/15 | J | A | |
| 11. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 12. --Blackrock Global L/S Credit | | | | | Buy | 08/14/15 | J | | |
| 13. --Blackrock High Yield Bond Fund | | | | | Sold (part) | 10/14/15 | J | | |
| 14. --Blackstone Alt Mult-Strat | | | | | Buy | 07/24/15 | K | | |
| 15. | | | | | Sold (part) | 08/14/15 | J | A | |
| 16. | | | | | Sold (part) | 10/14/15 | J | | |
| 17. --Calamos Market Neutral | | | | | Sold (part) | 04/17/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 07/24/15 | K | A | |
| 19. --Cambiar Int'l Equity | | | | | Buy | 05/26/15 | K | | |
| 20. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 21. | | | | | Sold (part) | 10/14/15 | J | | |
| 22. --Center Coast MLP Focus | | | | | Buy | 03/09/15 | K | | |
| 23. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 24. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 25. -- Columbia Select Large Cap Fund | | | | | Sold (part) | 04/17/15 | J | B | |
| 26. --Deutsche Enhanced Comm Strat | | | | | Buy | 07/24/15 | K | | |
| 27. | | | | | Sold (part) | 10/14/15 | J | | |
| 28. --Fundvantage Tr Polen | | | | | Sold (part) | 04/17/15 | J | A | |
| 29. | | | | | Sold (part) | 08/14/15 | J | B | |
| 30. | | | | | Sold (part) | 10/14/15 | J | A | |
| 31. -- Invesco Premier Inst. (Money Market Fund = cash) | | | | | Merged (with line 45) | 04/17/15 | J | | |
| 32. -- IQ Alpha Hedge Strategy Fund | | | | | Sold (part) | 04/17/15 | J | A | |
| 33. | | | | | Sold | 07/24/15 | K | A | |
| 34. --Ishares Tips Bond | | | | | Buy | 04/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/26/15 | K | | |
| 36. --Janus Flexible Bond | | | | | Buy | 05/26/15 | K | | |
| 37. | | | | | Sold (part) | 10/14/15 | J | | |
| 38. -- Lazard Developing Markets Equity | | | | | Buy (add'l) | 04/17/15 | K | | |
| 39. | | | | | Sold (part) | 07/24/15 | J | | |
| 40. --Lazard Emerg Mkts Core | | | | | Buy | 07/24/15 | K | | |
| 41. -- Loomis Sayles Bond Inst | | | | | Sold (part) | 05/26/15 | J | A | |
| 42. --MFS Int'l Value | | | | | Buy | 05/26/15 | K | | |
| 43. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 44. | | | | | Sold (part) | 10/14/15 | J | | |
| 45. -- MS Liquid Asset Fund (Y) | | | | | | | | | |
| 46. --Metropolitan West Tot Ret | | | | | Buy (add'l) | 05/26/15 | J | | |
| 47. | | | | | Sold (part) | 10/14/15 | J | B | |
| 48. --Oakmark I | | | | | Buy (add'l) | 04/17/15 | J | | |
| 49. | | | | | Sold (part) | 10/14/15 | J | A | |
| 50. -- Oppenheimer Int'l Growth Fund | | | | | Buy (add'l) | 04/17/15 | J | | |
| 51. | | | | | Sold (part) | 05/26/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 53.    -- Pimco Commodity Real Return P Fund | | | | | Buy (add'l) | 04/17/15 | J | | |
| 54. | | | | | Sold | 07/24/15 | J | | |
| 55.    --Pimco Enhanced Shrt Mtrt | | | | | Buy | 08/14/15 | J | | |
| 56.    --Pimco Real Return | | | | | Buy | 05/26/15 | K | | |
| 57. | | | | | Sold (part) | 08/14/15 | J | | |
| 58. | | | | | Sold (part) | 10/14/15 | J | | |
| 59.    --Pimco Total Return Fund (Y) | | | | | | | | | |
| 60.    -- Prudential Jennison Mid Cap Growth Fund (Y) | | | | | | | | | |
| 61.    -- Ramius Trading Strat. Mngd Futures | | | | | Sold (part) | 05/26/15 | J | A | |
| 62.    -- Royce Premier Fund | | | | | Sold (part) | 05/26/15 | J | A | |
| 63.    --SPDR Barclays Int'l | | | | | Buy | 08/14/15 | J | | |
| 64.    -- Templeton Global Bond Fund | | | | | Sold (part) | 04/17/15 | J | | |
| 65.    --Vanguard Short Term Bnd | | | | | Buy | 05/26/15 | K | | |
| 66. | | | | | Sold (part) | 08/14/15 | J | | |
| 67. | | | | | Sold (part) | 10/14/15 | J | A | |
| 68.    -- Virtus Foreign Opp. I | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/26/15 | K | A | |
| 70. -- Virtus Insight Emerging Markets | | | | | Buy (add'l) | 04/17/15 | K | | |
| 71. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 72. | | | | | Sold (part) | 10/14/15 | J | A | |
| 73. --Virtus MultiSector Short Term Bond | | | | | Buy (add'l) | 04/17/15 | J | | |
| 74. | | | | | Sold (part) | 05/26/15 | J | | |
| 75. | | | | | Sold (part) | 08/14/15 | J | | |
| 76. | | | | | Sold (part) | 10/14/15 | J | | |
| 77. --Voya Global Real Estate Fund | | | | | Sold (part) | 04/17/15 | J | C | |
| 78. -- Western Asset Core Plus Bond Fund | | | | | Sold (part) | 05/26/15 | J | A | |
| 79. | | | | | | | | | |
| 80. IRA #2 | D | Int./Div. | M | T | | | | | |
| 81. --AB Small Cap Grw Adv | | | | | Sold (part) | 04/17/15 | J | A | |
| 82. -- Artisan Midcap Value | | | | | Sold (part) | 04/17/15 | J | A | |
| 83. | | | | | Sold (part) | 08/14/15 | J | A | |
| 84. -- Aston/Montag & Caldwell Growth | | | | | Sold (part) | 04/17/15 | J | A | |
| 85. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Aston Silvercrest Small Cap | | | | | Buy | 05/22/15 | J | | |
| 87. -- Blackrock Equity Div. A (Y) | | | | | | | | | |
| 88. --Blackrock Inflation Prot Bond | | | | | Buy | 04/17/15 | J | | |
| 89. -- Columbia Select LG CP Growth | | | | | Sold (part) | 04/17/15 | J | A | |
| 90. --Dreyfus Int'l Bond | | | | | Buy | 08/14/15 | J | | |
| 91. -- EV Income Fund of Boston | | | | | Buy (add'l) | 04/17/15 | J | | |
| 92. -- Invesco Developing Markets A | | | | | Buy (add'l) | 04/17/15 | J | | |
| 93. --Invesco Prem US Govt Mny Inst | | | | | Sold | 04/17/15 | J | | |
| 94. -- Ivy Midcap Growth | | | | | Sold (part) | 04/17/15 | J | A | |
| 95. | | | | | Sold (part) | 08/14/15 | J | A | |
| 96. -- Lazard Emerging Markets Fund | | | | | Buy (add'l) | 04/17/15 | J | | |
| 97. --MFS Int'l Value | | | | | Buy | 05/22/15 | J | | |
| 98. -- Oakmark I (Y) | | | | | | | | | |
| 99. -- Oppenheimer Int'l Growth Fund | | | | | Buy (add'l) | 04/17/15 | J | | |
| 100. -- Pimco Foreign Bond (Y) | | | | | | | | | |
| 101. -- Pimco Low Duration A (Y) | | | | | | | | | |
| 102. -- Royce Premier Fund | | | | | Sold | 05/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Virtus Foreign Opp. A | | | | | Buy (add'l) | 04/17/15 | J | | |
| 104. | | | | | Sold | 05/22/15 | J | A | |
| 105. -- Virtus MultiSect Short Term Bond (Y) | | | | | | | | | |
| 106. -- Western Asset Core Plus Portfolio | | | | | Sold (part) | 04/17/15 | J | A | |
| 107. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 108. -- Western Asset Government Money Market Fund | | | | | Sold | 04/17/15 | J | | |
| 109. | | | | | | | | | |
| 110. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 111. -- AMC Networks Inc (Y) | | | | | | | | | |
| 112. --Actavis | | | | | Sold | 03/31/15 | J | B | |
| 113. -- Anadarko Pete (APC) | | | | | Buy (add'l) | 12/31/15 | J | | |
| 114. -- Autodesk Inc. | | | | | Sold (part) | 03/31/15 | J | A | |
| 115. -- Biogen | | | | | Sold (part) | 03/31/15 | J | B | |
| 116. --Blackrock Equity Dividend (X) | | | | | Sold (part) | 03/31/15 | J | A | |
| 117. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 118. -- Broadcom Corp | | | | | Sold (part) | 03/31/15 | J | A | |
| 119. -- Cablevision Systems Corp | | | | | Sold | 09/17/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -- Citrix Systems Inc. (Y) | | | | | | | | | |
| 121. -- Comcast Corp | | | | | Sold (part) | 03/31/15 | J | A | |
| 122. -- Covidien PLC | | | | | Redeemed | 01/27/15 | J | B | |
| 123. -- Cree Research Inc | | | | | Buy (add'l) | 03/31/15 | J | | |
| 124. -- DirectTV Com | | | | | Sold | 01/28/15 | J | A | |
| 125. --Discovery Communications | | | | | Buy | 05/12/15 | J | | |
| 126. -- Dolby Cla (Y) | | | | | | | | | |
| 127. -- Fluor Corp (Y) | | | | | | | | | |
| 128. -- Freeport McMoran CP&GLD | | | | | Buy (add'l) | 09/22/15 | J | | |
| 129. -- Immunogen Inc. (Y) | | | | | | | | | |
| 130. -- Ionis Pharmaceuticals Inc (formerly Isis Pharm) | | | | | Sold (part) | 03/31/15 | J | A | |
| 131. -- L-3 Communications Hldg. Inc | | | | | Sold (part) | 03/31/15 | J | A | |
| 132. -- Liberty Interactive Co (Y) | | | | | | | | | |
| 133. -- Liberty Media Corp (Y) | | | | | | | | | |
| 134. --Medtronic PLC SHS | | | | | Buy | 01/27/15 | J | | |
| 135. -- National Oilwell Varco Inc. (Y) | | | | | | | | | |
| 136. -- NOW Inc (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Nucor Corp (Y) | | | | | | | | | |
| 138. -- Pall Corp | | | | | Sold (part) | 03/31/15 | J | A | |
| 139. | | | | | Sold | 05/13/15 | J | A | |
| 140. -- Pentair Ltd (Y) | | | | | | | | | |
| 141. -- Sandisk Corp (Y) | | | | | | | | | |
| 142. -- Seagate Technology, Inc. (Y) | | | | | | | | | |
| 143. -- Starz Series A (Y) | | | | | | | | | |
| 144. -- TE Connectivity Ltd (Y) | | | | | | | | | |
| 145. -- The ADT Corporation Com (ADT) (Y) | | | | | | | | | |
| 146. -- Tyco Int'l Ltd (Y) | | | | | | | | | |
| 147. -- UnitedHealth Gp Inc | | | | | Sold (part) | 03/31/15 | J | B | |
| 148. -- Vertex Pharmaceuticals | | | | | Sold (part) | 03/31/15 | J | B | |
| 149. -- Weatherford Int'l Ltd | | | | | Buy (add'l) | 12/31/15 | J | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 153. -- MorganStanley - Cash | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Western Asset Managed Municipal | A | Dividend | J | T | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. -- Mallen Research Ltd Partnership | | None | J | W | | | | | |
| 159. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part IV, page 2, "Reimbursements." Amended Report was filed on 5/13/16 to include reimbursements. The report filed on 5/12/16 erroneously listed "None" for reimbursements.

2. Part VI, page 3, "Liabilities." Amended Report was filed on 5/13/16 to reflect that liabilities is "None." The report filed on 5/12/16 erroneously listed Wells Fargo as a liability.

3. Part VII, page 4, line 4, "AB Small Cap Grw Adv" is a name change. In the 2014 Amended Report this asset was reported at Part VII, page 4, line 4 as "Allianceber Sm. Cap."

4. Part VII, page 8, line 81, "AB Small Cap Grw Adv" is a name change. In the 2014 Amended Report this asset was reported at Part VII, page 6, line 47 as "Allianceber Small Growth Cap."

5. Part VII, page 10, line 116, Blackrock Equity Dividend - this asset was listed in 2013 report, page 12, line 145, "sold " on 12/9/13 should have been "sold part." This asset was inadvertenly omitted on the 2014 Amended Report. This asset should have appeared in the 2014 Amended Report in BROCKERAGE ACCOUNT #1 as "Blackrock Equity Dividend (Y)."

6. Part VII, page 11, line 130, Ionis Pharmaceuticals Inc. was formerly "Isis Pharm Inc.," Part VII, page 8, line 85 in 2014 Amended Report.

7. Part VII, page 11, line 134, Medtronic PLC SHS bought Covidien PLC (line 122) so the asset "Covidien PLC" was redeemed for the asset Metronic PLC SHS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544